# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>Reginald Dewayne Barnes | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **AMENDED JUDGMENT**<br><br>Case No: 5:01-CR-274-2H<br><br>USM No: 23023-056 |
| Date of Original Judgment: November 13, 2002 | | |
| Date of Previous Amended Judgment: May 14, 2009 | | Laura S. Wasco |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __240__ months **is reduced to** __195 months__

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 13, 2002, and May 14, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12/19/13

                                        *Judge's signature*

Effective Date: _____        Malcolm J. Howard, Senior United States District Judge
*(if different from order date)*                                 *Printed name and title*