# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>REGINALD DEWAYNE BARNES | **AMENDED JUDGMENT**<br>Case No: 5:01-CR-274-2H<br>USM No: 23023-056 |
| Date of Original Judgment: 11/13/2002<br>Date of Previous Amended Judgment: 12/19/2013<br>*(Use Date of Last Amended Judgment if Any)* | Lauren Brennan<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  195  months **is reduced to** Time Served

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated 12/19/2013 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11/17/14

Effective Date: 11/01/2015
*(if different from order date)*

Malcolm J. Howard, Senior U.S. District Judge
*Printed name and title*